

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMS
F. #2022R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2023

By ECF
The Honorable William F. Kuntz
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Say-Quan Pollack, a/k/a Say-Quan Pollock
             Criminal Docket No. 22-428 (WFK)

Dear Judge Kuntz:

      The government and defendant Say-Quan Pollack, a/k/a Say-Quan Pollock, jointly request that a change-of-plea hearing be scheduled on November 14, 2023, at 2:30 p.m..

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Rebecca M. Schuman
      Assistant U.S. Attorney
      (718) 254-7202

cc:    Clerk of Clerk (WFK) (via ECF)
       Counsel of Record (via ECF)