

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMS
F. #2022R00664

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 18, 2024

By ECF

The Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Say-Quan Pollack, also known as "Say-Quan Pollock"
              Criminal Docket No. 22-428 (WFK)

Dear Judge Kuntz:

      The government respectfully requests that the Court schedule a sentencing hearing for the defendant Say-Quan Pollack, also known as "Say-Quan Pollock." The U.S. Probation Department issued the Presentence Investigation Report on April 12, 2024, which means, pursuant to Federal Rule of Criminal Procedure 32(e)(2), sentencing may take place as soon as May 18, 2024.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By: _____
     Rebecca M. Schuman
     Assistant U.S. Attorney
     (718) 254-7202

cc:    Clerk of Court (WFK) (by ECF)
       Counsel of Record (by ECF)